**THE WEITZ LAW FIRM, P.A.**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax:   305-704-3877

November 1, 2024

**VIA CM/ECF**
Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

> The requested extension is granted. The parties shall submit their pretrial materials by November 22, 2024.
>
> Date:  November 1, 2024
>        New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

          **Re:**    Norris v. UP 51 LLC, et al.
                  Case 1:23-cv-08952-JLR

Dear Judge Rochon:

      Pursuant to Order [D.E. 33] by November 4, 2024, the parties shall submit all pretrial materials required by Rochon Indiv. R. 5. The parties are attempting to resolve this matter, and therefore seek an extension of the submission of pretrial materials deadline in order to allow for time for resolution of settlement discussions toward the possibility of settlement of this matter, while conserving further attorneys' fees and costs.

      Therefore, the parties respectfully request that the submission of pretrial materials be extended for a three-week extension of time to allow for the possible settlement of this matter.

      Thank you for your attention to this request.

Respectfully,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm
    Attorney for Plaintiff

By: /S/ Mitchell Segal
    Mitchell Segal, Esq.
    Law Office of Mitchell S. Segal P.C.
    1129 Northern Boulevard
    Suite 404
    Manhasset, N.Y. 11030
    Telephone: (516) 415-0100
    Email: msegal@segallegal.com
    Attorney for Defendants