# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

Robert J. Mirel, Esq.  
Member NY& NJ Bars, AR Federal Bar  
Email: rjm@weitzfirm.com

March 26, 2025

**VIA CM/ECF**  
Honorable Judge Jennifer L. Rochon  
United States District Court  
Southern District of New York  
500 Pearl Street - Courtroom 20Bh  
New York, NY 10007

> The requested extension is GRANTED. The deadline to reopen is extended to April 24, 2025.
>
> Date: March 27, 2025  
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*  
> **JENNIFER L. ROCHON**  
> **United States District Judge**

Re:   Norris v. UP 51 LLC, et al.  
      Case 1:23-cv-08952-JLR

Dear Judge Rochon:

The undersigned represents the Plaintiff in the above-captioned case matter.

On November 25, 2024, an Order of Dismissal was signed by your Honor [D.E. 37] providing Plaintiff's counsel sixty (60) days within not to dismiss this matter, should the settlement not be consummated. A subsequent Order [D.E. 39] was granted on January 22, 2025, extending the dismissal deadline in this matter,

As of this date, the settlement is not yet fully consummated. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until April 24, 2025, to finalize settlement in this matter.

The Court is advised that this is the Plaintiff's second request to extend the dismissal deadline in this case. We apologize to the Court for the 1 day late in filing this extension request, which was due to staff miscalendaring the date.

Thank you for your attention to this matter.

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: *Robert J. Mirel*  
Robert J. Mirel, Esq.